UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HAHNEL AND ) <br> SONJA HAHNEL, ) <br>           Plaintiffs, ) <br> v. ) <br> ) <br> SANTANDER CONSUMER USA INC., ET AL. ) <br>           Defendants. ) <br> ) | CIVIL ACTION NO. <br> 3:11-CV-1300-VLB <br><br><br><br><br> OCTOBER 19, 2011 |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to *Fed. R. Civ. P.* 12 (b) (6), defendants, Santander Consumer USA, Inc.("Santander") and Drive Financial Services ("Drive") (collectively, "Defendants") hereby move to dismiss the complaint filed by plaintiffs, William H. Hahnel ("Mr. Hahnel") and Sonja Hahnel ("Ms. Hahnel") (collectively, "Plaintiffs"), dated August 15, 2011 (the "*Complaint*"). As is discussed in detail in the accompanying memorandum of law attached hereto, each and every count pled by Plaintiffs in the *Complaint* should be dismissed as they have failed to state a claim upon which relief may be granted.

WHEREFORE, Defendants respectfully request that the Court enter an order dismissing the *Complaint* in its entirety, with prejudice.

HFD 227695.1

DEFENDANTS,
SANTANDER CONSUMER USA, INC.
DRIVE FINANCIAL SERVICES

By: /s/ Tara L. Trifon
    Tara L. Trifon (ct28415)
    Edwards Wildman Palmer, LLP
    20 Church Street
    Hartford, CT 06103
    Tel. No. (860) 525-5065
    Fax No. (860) 527-4198
    Email: ttrifon@edwardswildman.com
    Its Attorneys

## CERTIFICATION OF SERVICE

    I hereby certify that on October 19, 2011, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

    By:   <u>Tara L. Trifon</u>
              Tara L. Trifon