UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
William Hahnel, et al            :
:
vs.                              :Civil No. 3:11-cv-1300 (VLB)
:
Santander Consumer USA Inc, et al
:
:
---------------------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Amended Complaint</u> however, it is deficient in the area(s) checked below:

(NOTE:  L.R. refers to the Local Rules, District of Connecticut)

| | | |
|---|---|---|
| 1. _ L.R.5(c) | _ No certificate of service attached to pleading<br>_ Certificate of service fails to list names and addresses of all parties served<br>_ Certificate of service is not signed | |
| 2. _ L.R. CV 5(e) | _ Failure to submit document under seal<br>_ Sealing envelope not provided<br>_ Sealing envelope does not contain case information<br>_ Sealing envelope does not contain description of sealed document/motion | |
| 3. _ L.R.10 | _ Failure to sign pleading (original signature)<br>_ Failure to double space<br>_ Margin is not free of printed matter<br>_ Left hand margin is not one inch;<br>_ Judge's initials do not appear after the case number<br>_ Docket number is missing<br>_ Failure to supply federal bar number | |
| 4. _ L.R. CR 57(b)5 | _ Failure to submit document under seal<br>_ Sealing envelope not provided<br>_ Sealing envelope does not contain case information<br>_ Sealing envelope does not contain description of sealed document/motion | |
| 5. _ L.R.83.1(d) | Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court | |
| 6. ✔ Other | **Failure to file a motion to amend the complaint.** | |

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

/s/ Vanessa L. Bryant, USDJ

Date: 11·16·11

United States District Judge

(bag)

rev. 9/11/08