IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HAHNEL<br>Plaintiff<br>SONJA HAHNEL<br>Co-Plaintiff<br>V.<br>SANTANDER CONSUMER USA INC<br>Defendant<br>DRIVE FINANCIAL SERVICES)<br>INTERNATIONAL INTELLIGENCE<br>AGENCY- C, INC ("Iia") dba Mvconnect<br>A Div Of aka MV TRAC aka<br>MVRECOVERY)<br>DOES 1-12)<br>Co-Defendants | ) **Case No: 3:11-cv-01300 (VLB)**<br>)<br>) **Civil Rights Complaint**<br>)<br>) **Pursuant to 15 USC 1681**<br>)<br>) **Civil Rights Violations**<br>)<br>) **Trial By Jury Demanded**<br>) |

**NOVEMBER 17, 2011**
**PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
**FOR VIOLATIONS OF THE**
**FAIR DEBT COLLECTION PRACTICES ACT**
**FAIR CREDIT REPORTING ACT AND THE**
**TELEPHONE CONSUMER PROTECTION ACT**
**AND DEMAND FOR JURY TRIAL**

Come now the Plaintiffs, William Hahnel and Sonja Hahnel and hereby file their Motion for Leave to File Amended Complaint for Violations of the Fair Debt Collections Practices Act, the Fair Credit Reporting Act and the Telephone Consumer Protection Act.

Plaintiffs filed their Amended Complaint on Wednesday, November 16, 2011, as that date was indicated by Defendants for such filing to be made at the Parties Planning Meeting on October 5, 2011, the Report of that meeting having been filed on October 31, 2011, and the scheduling order of that Report of the 26(f) Meeting having been entered by the Court on November 8, 2011. Plaintiffs found it necessary to amend their Complaint as certain transcription and mathematical errors were required to be corrected,

and as also certain additional violations of Federal Law were discovered and indicated, after their filing of their Complaint on August 15, 2011.

Plaintiffs regret the oversight of neglecting to file the Motion for Leave to file the Amended Complaint, as they did not realize that they were to file such, and pray the Honorable Court will allow the submission of their Amended Complaint and will allow the filing of their Amended Complaint for violations of the Fair Debt Collection Practices Act, the Fair Credit Reporting Act and the Telephone Consumer Protection Act.

**Trial by Jury Demanded**

Respectfully submitted this __17th__ day of November, 2011.

William Hahnel, Plaintiff ProSe
169 Old Colchester Rd
Salem, Connecticut  06420
(860) 319-7159
ecco83@aol.com

Sonja Hahnel, CoPlaintiff ProSe
24 Rose St
Baltic, CT  06330
(860) 319-7626
(860) 949-8194 home and fax
scostrosky@yahoo.com

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that they have mailed copies of the foregoing document: Motion for Leave to File Plaintiffs' Amended Complaint for Violations of the Fair Debt Collection Act, the Fair Credit Reporting Act and the Telephone Consumer Protection Act and Demand for Jury Trial with Exhibits A-F and Exhibits 1-5 by first class mail, postage prepaid, on November 17, 2011 to the following counsels of record:

Tara L. Trifon, Esq.
Edwards Wildman Palmer, LLP
Counsel for SANTANDER CONSUMER USA, INC and DRIVE FINANCIAL SERVICES, LLP
20 Church Street
Hartford, CT  06103

Eric Daniels, Esq.
Robinson & Cole, LLP
Counsel for INTERNATIONAL INVESTIGATION AGENCY- C, INC
280 Trumbull Street
Hartford, CT 06103-3597

On November 17, 2011

_____
William Hahnel
169 Old Colchester Rd
Salem, CT  06420
(860) 319-7159

_____
Sonja Hahnel
24 Rose Street
Baltic, CT  06330
(860) 949-8194 home and fax
(860) 319-7626