IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HAHNEL AND ) <br> SONJA HAHNEL, ) <br>          Plaintiffs, ) <br> v. ) <br> ) <br> SANTANDER CONSUMER USA INC. ) <br> ET AL., ) <br>          Defendants. ) <br> ) | CIVIL ACTION NO. <br> 3:11-CV-1300-VLB <br><br><br><br><br><br> DECEMBER 1, 2011 |

### MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to *Fed R. Civ. P.* 12(e), defendants Santander Consumer USA Inc. and Drive Financial Services (collectively, "Defendants"), through its undersigned counsel, hereby move for a more definite statement of the *Amended Complaint* filed by plaintiffs William Hahnel and Sonja Hahnel (collectively, "Plaintiffs") on November 18, 2011.

At present, Plaintiffs' claims are not set forth in separate numbered paragraphs as required by *Fed. R. Civ. P.* 10. As such, the *Amended Complaint* is so vague and/or ambiguous that Defendants cannot reasonably prepare a response.

Thus, Defendants request that Plaintiffs revise their *Amended Complaint* to state each claim or factual allegation "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." *See*, *Fed. R. Civ. P.* 10.

WHEREFORE, Defendants respectfully request that this Court order a more definite statement pursuant to *Fed. R. Civ. P.* 12(e).

Dated at Hartford, Connecticut this 1st day of December, 2011.

DEFENDANTS,
SANTANDER CONSUMER USA INC.
DRIVE FINANCIAL SERVICES


By: /s/ Tara L. Trifon
    Tara L. Trifon (ct28415)
    Edwards Wildman Palmer, LLP
    20 Church Street, 20th Floor
    Hartford, CT  06103
    Phone: (860) 525.5065
    Fax: (860) 527-4198
    ttrifon@edwardswildman.com

    Its Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

        /s/ Tara L. Trifon
        Tara L. Trifon