IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM HAHNEL,<br>SONJA HAHNEL,<br>    Plaintiffs<br>    v.<br>SANTANDER CONSUMER USA INC.,<br>Defendant,<br>DRIVE FINANCIAL SERVICES,<br>INTERNATIONAL INTELLIGENCE<br>AGENCY-C, INC ("Iia") dba Myconnect A<br>Div Of aka MV TRAC aka MVRECOVERY)<br>DOES 1-12),<br>    Co-Defendants | 2011 DEC -9 P 3: 49<br><br>Case No. 3:11-cv-01300 (VLB) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiffs William Hahnel and Sonja Hahnel ("Plaintiffs") and Defendant MVCONNECT, LLC, including all of its members, employees, agents, parent, subsidiaries, divisions, predecessors and successors, ("MV"), (collectively "the Parties"), have agreed to settle their claims asserted in this action. Defendants Santander Consumer USA, Inc. and Drive Financial Services are not parties to the Settlement Agreement.

NOW THEREFORE, it is hereby stipulated and agreed by the undersigned Parties as follows:

1. Pursuant to the Settlement Agreement between the Plaintiffs and MV, all claims and counterclaims shall be dismissed with prejudice.

2. The Parties shall bear their own costs and expenses, including attorneys' fees.

Respectfully submitted this 9th day of December, 2011,

SONJA HAHNEL

_____
Proceeding Pro Se

WILLIAM HAHNEL

_____
Proceeding Pro Se

MV

_____
Counsel for MV

[EXHIBIT A]

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, I hand delivered the attached document to the Clerk of the Court and have e-mail the attached document to counsel of record.

_____
Sonja Hahnel