## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM HAHNEL AND** | ) | |
| **SONJA HAHNEL,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **3:11-CV-1300-VLB** |
| | ) | |
| **SANTANDER CONSUMER USA INC.** | ) | |
| **ET AL.,** | ) | |
| **Defendants.** | ) | |
| | ) | **DECEMBER 30, 2011** |

### CORPORATE DISCLOSURE STATEMENT
### OF SANTANDER CONSUMER USA, INC., AS SUCCESSOR BY MERGERS TO DRIVE FINANCIAL SERVICES, LP

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Santander Consumer USA, Inc. and Drive Financial Services, LP hereby disclose that:

1. Santander Consumer USA, Inc. is the successor by mergers to Drive Financial Services, LP.

2. Santander Consumer USA, Inc. is an Illinois corporation with a principal place of business in Dallas, Texas.

3. Santander Holdings USA, Inc. (formerly Sovereign Bancorp, Inc.) owns more than 10% of the stock of Santander Consumer USA, Inc.  Banco Santander Centro Hispano SA (STD) owns 100% of Santander Holdings USA, Inc.

BOS111 12664822.1

Respectfully submitted,

SANTANDER CONSUMER USA, INC.,
AS SUCCESSOR BY MERGERS TO
DRIVE FINANCIAL SERVICES, LP
By its attorney,

 /s/ Michael T. Grant_____
Michael T. Grant (ct27968)
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel:  617.239.0100
Fax:  617-227-4420
mgrant@edwardswildman.com

Dated: December 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, the foregoing was filed electronically and will be sent by email to all parties by operation of the court' s electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

/s/ Michael Grant\_\_
Michael Grant